# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

156990(25)(27)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMY WESLEY CLAY,
      Defendant-Appellant.

_____/

SC: 156990
COA: 339081
Shiawassee CC: 12-003576-FC

      On order of the Court, the motion for reconsideration of this Court's September 12, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion to amend is DENIED.



a0520

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



Clerk